IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-123-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TONY RAY SMITH, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion For Early Termination of Probation, filed July 28, 2010 [DE #36]. According to 18 U.S.C. § 3561(c)(1), due to the instant offense being a felony, the authorized term of probation is "not less than one, nor more than five years of probation." The statute requires that a defendant must complete a minimum of one year of probation. Therefore, defendant's Motion For Early Termination of Probation [DE #36] is hereby DENIED.

This 11th day of August 2010.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
JH